

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-14-00376-CV**

**IN RE KAREN G. BAUNCHAND**

**Original Proceeding**

# ORDER

This appeal was referred to mediation on December 18, 2014. Mediation was to occur within 30 days from the date of the referral. On January 14, 2015, Relator filed a Motion to Enforce Mediation Order. On January 15, 2015, Relator then filed an Amended Motion to Enforce Mediation Order. Relator's motion filed on January 14, 2015 is superceded by the amended motion filed on January 15, 2015.

Because the Court, by order issued on January 15, 2015, extended the date for mediation to occur to March 16, 2015, Relator's Amended Motion to Enforce Mediation Order is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed as moot
Order issued and filed January 29, 2015

